IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY WOODS, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) CIVIL ACTION NO. 2:09cv113-WHA |
| | ) (WO) |
| OFFICER DONALDS, et al., | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #10), entered on April 17, 2009. There being no objections to the Recommendation, the Recommendation is adopted, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court. Final Judgment will be entered accordingly.

DONE this 8th day May, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE